IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

26-14655

DEBTOR(S):

BASIL SAIYD WILLIAMS

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 3 IN THE AMOUNT OF $29,787.33

CREDITOR'S SIGNATURE:

*/S/Brandie McCann*

CREDITOR CONTACT INFO:

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603
(877) 264-5884

DATE:

11/10/2026