**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@mikeassad.law
*Attorney for Debtor*

In re: Basil Saiyd Williams,

*Debtor*.

| | |
|---|---|
| Case No.: | 26-14655-djb |
| Chapter: | 13 |
| Judge: | Derek J. Baker |

**Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents**

**AND NOW**, Debtor Basil Saiyd Williams, through his attorney, moves under Fed. R. Bankr. P. 1007(c)(7), 3015(b)(1), and 9006(b)(1) and L.B.R. 9014-2(a)(4) and (a)(14) for entry of an order extending by fourteen days the time to file the schedules, statements, plan, and other documents listed in the Court's Order Requiring Documents. In support of this Motion, the Debtor states as follows:

## I. Background

1. The Debtor initiated this case by voluntarily petitioning for relief under chapter 13 on November 2, 2026.

2. The Debtor filed this case on an emergency basis to stay a sheriff's sale, so the schedules, statements, and other documents required by 11 U.S.C. § 521(a)(1) and Fed. R. Bankr. P. 1007 were not filed with the petition.

3. On November 3, 2026, the Court entered an Order Requiring Documents (ECF No. 5) directing the Debtor to file his schedules, statement of financial affairs, summary of assets

and liabilities, statement of current monthly income and means test calculation, chapter 13 plan, and statement of attorney compensation (together, the "Documents") by Monday, November 16, 2026.

4. The Debtor has not yet provided to his attorney all the documents and information necessary to prepare the Documents and needs additional time to do so.

## II. Relief Requested

5. The Debtor requests that the Court extend the deadline to file the Documents by fourteen days, through and including Monday, November 30, 2026.

6. The Court may extend the time to file the Documents for cause. Fed. R. Bankr. P. 1007(c)(7), 3015(b)(1), and 9006(b)(1). Cause exists because the additional time will allow the Debtor to gather the information needed to file complete and accurate Documents.

7. The Court may rule on it without a hearing. L.B.R. 9014-2(a)(4) and (a)(14).

## III. Conclusion

**FOR THOSE REASONS**, the Debtor requests entry of the proposed order, and further relief in his favor if necessary and proper under the law.

Date: November 16, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad