| United States Bankruptcy Court<br>Eastern District of Pennsylvania | Case No.: | 26-14655-djb |
|---|---|---|
| In re: Basil Saiyd Williams, | Chapter: | 13 |
| *Debtor.* | Judge: | Derek J. Baker |

**Order Extending Time to File Schedules,
Statements, and Other Documents**

**AND NOW**, upon consideration of the Motion to Extend Time to File Schedules, Statements, and Other Documents filed by Debtor Basil Saiyd Williams at ECF No. 13, for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor must file all documents listed in the Order Requiring Documents entered at ECF No. 5 on or before Monday, November 30, 2026.

Date:

______________________________
Derek J. Baker
U.S. Bankruptcy Judge