| United States Bankruptcy Court<br>Eastern District of Pennsylvania | | |
|---|---|---|
| In re: Basil Saiyd Williams,<br><br>*Debtor*. | Case No.: | 26-14655-djb |
| | Chapter: | 13 |
| | Judge: | Derek J. Baker |

**Order Extending Time to File Schedules,**
**Statements, and Other Documents**

**AND NOW**, upon consideration of the Motion to Extend Time to File Schedules, Statements, and Other Documents filed by Debtor Basil Saiyd Williams at ECF No. 13, for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor must file all documents listed in the Order Requiring Documents entered at ECF No. 5 on or before Monday, November 30, 2026.

Date: November 20, 2026

Derek J. Baker
U.S. Bankruptcy Judge