United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 26-14655-djb
Basil Saiyd Williams | Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
Date Rcvd: Nov 23, 2026 | Form ID: pdf900 | Total Noticed: 7

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Basil Saiyd Williams, 1633 N 59th St, Philadelphia, PA 19151-3939 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 23 2026 22:41:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 23 2026 22:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 23 2026 22:59:26 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | Nov 23 2026 22:39:01 | Amerihome Mortgage Company Llc, 9726 Old Bailes Road, Suite 200, Fort Mill, SC 29707-7882 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 23 2026 22:59:02 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2026 22:57:51 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O Box 10587, Greenville, SC 29603-0587 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor Amerihome Mortgage Company Llc wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| MICHAEL I. ASSAD | on behalf of Debtor Basil Saiyd Williams mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

| United States Bankruptcy Court<br>Eastern District of Pennsylvania | | |
|---|---|---|
| In re: Basil Saiyd Williams, | Case No.: | 26-14655-djb |
| | Chapter: | 13 |
| *Debtor*. | Judge: | Derek J. Baker |

**Order Extending Time to File Schedules,
Statements, and Other Documents**

**AND NOW**, upon consideration of the Motion to Extend Time to File Schedules, Statements, and Other Documents filed by Debtor Basil Saiyd Williams at ECF No. 13, for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor must file all documents listed in the Order Requiring Documents entered at ECF No. 5 on or before Monday, November 30, 2026.

Date: November 20, 2026

Derek J. Baker
U.S. Bankruptcy Judge